IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERSCHEL ELIAS,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**TOWNSHIP OF CHELTENHAM;**<br>**SERGEANT EDWARD BASKIN;**<br>**OFFICER MICHAEL CORBO; and, JOHN**<br>**DOE POLICE OFFICER,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  14-6117** |

## O R D E R

   **AND NOW**, this 27th day of October, 2015, upon consideration of Defendants' Motion for Summary Judgment [ECF No. 23], the Plaintiffs' response in opposition thereto [ECF No. 28], and the Defendant's Reply [ECF No. 29], **IT IS ORDERED** that:

1. The Defendants' Motion for Summary Judgment is **GRANTED** in part as to Counts I (excessive force), and II (illegal seizure);

2. Count III (assault and battery) is **DISMISSED** pursuant to 28 U.S.C. § 1367(c);

3. The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**